it appears that he was never served with process, and had never authorized an appearance in his behalf. Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ., concur.

HENRIETTA VOUGHT, Respondent, v. JOSEPH J. McCARTHY, Appellant, Impleaded with JAMES B. WOOD, Defendant.— Order denying motion for new trial upon the ground of newly-discovered evidence reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, without costs. The interests of justice require that defendant McCarthy have a new trial, upon which new trial he may make such use as he desires of the statements of the witnesses Wood and Barnett, filed by those individuals with the Motor Vehicle Bureau. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

HENRIETTA VOUGHT, Respondent, v. JOSEPH J. McCARTHY, Appellant, Impleaded with JAMES B. WOOD, Defendant.— In view of the decision in *Vought* v. *McCarthy* (*ante*, p. 779), decided herewith, the appeal from the judgment and order herein is dismissed. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

ISIDORE WASSERSTROM, Respondent, v. PARMET BROS., INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

WHITING DEVELOPMENT CORPORATION, Appellant, v. EDNA O. SWART, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

MAY WISHNEW, Appellant, v. JOSEPH WISHNEW, Respondent.— Order denying plaintiff's motion for an allowance to prosecute appeal affirmed, without costs. No opinion. Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ., concur.

ELIZABETH ZEESE, Respondent, v. GUSTAV ZEESE, Appellant.— Order modifying final decree of divorce, and order as resettled, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ., concur.

GIOVANNI ZOLEZZI, Appellant, v. MASSACHUSETTS BONDING AND INSURANCE COMPANY, Respondent.*— Judgment affirmed, with costs. No opinion. Lazansky, P. J., Rich, Kapper and Carswell, JJ., concur; Hagarty, J., dissents.

JOSEPH A. BENNIS, Plaintiff, v. JAMES E. CONLEY and Others, Defendants. JAMES P. LINAHAN, Respondent; GERTRUDE M. L. PEPPARD, Appellant.— Application denied, with ten dollars costs.

GENARO CALIENDO, Respondent, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Appellant.— Application denied, with ten dollars costs.

CREW LEVICK COMPANY, Respondent, v. SOLOMON SIEGEL, Tenant, Appellant. PARAGON OIL COMPANY and Others, Undertenants, Appellants.— Application denied, with ten dollars costs.

ANNIE M. ENRIGHT, Respondent, v. TIMES SQUARE AUTO SUPPLY CO., INC., Appellant.— Application granted.

PITTSBURGH PLATE GLASS COMPANY, Respondent, v. BAKER-GOLDSTEIN CO., INC., Appellant.— Application denied, with ten dollars costs.

NATHAN PLATZER, Respondent, v. UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant.— Application denied, with ten dollars costs.

In the Matter of the Application of J. ALFRED ANDERSON for Admission to

---

* Appeal dismissed, 251 N. Y. ——.